FILED'10 MAY 26 11:14 USDC-ORP

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

NOLA JANE WHOSENDORFE,

    Plaintiff,

Civil No. 09-6003-PK

MICHAEL J. ASTRUE,
Commissioner of Social Security,

ORDER

    Defendant.

---

HAGGERTY, District Judge:

Magistrate Judge Papak issued a Findings and Recommendation [24] in this action that recommended that the defendant Commissioner's decision that plaintiff is not disabled within the meaning of the applicable statutes should be affirmed.

No objections were filed, and the matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept

1 -- ORDER

the recommendation of the Magistrate Judge. *Campbell v. United States Dist. Ct.*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record. This court adopts the Findings and Recommendation in its entirety.

## CONCLUSION

For the foregoing reasons, the court adopts the Findings and Recommendation [24]. The Commissioner's decision finding Plaintiff Nola Jane Whosendorfe not disabled within the meaning of applicable statutes is affirmed.

IT IS SO ORDERED.

DATED this 26 day of May, 2010.

Ancer L. Haggerty
United States District Judge

2 -- ORDER